SCHELL et al., Appellants, v. CARPENTER, Respondent. (Supreme Court, Appellate Division, First Department. December 7, 1906.) Action by R. Montgomery Schell and others against J. Herbert Carpenter, individually, etc. T. Thacher, for appellants. J. S. Davenport, for respondent. No opinion. Judg-

ment (100 N. Y. Supp. 554) affirmed, with costs. Order filed.